Bradford L. Geyer
**FormerFedsGroup.Com**
141 I Route 130 South, Suite 303
Cinnaminson, NJ 08007
Telephone: (888) 486-3337
Email: brad@formerfedsgroup.com

Robert E. Barnes
Lexis Anderson
**Barnes Law, LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (310) 510-6211
Email: robertbarnes@barneslawllp.com
Email: lexisanderson@barneslawllp.com

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHANIE MARRA, an individual; DONNA HOLLAND, an individual; TEOFESTA PUSILLO, an individual; LOURDES GARCIA, an individual; and KYLE NICHOLSON, an individual,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MADISON SQUARE GARDEN ENTERTAINMENT CORP. and RADIO CITY PRODUCTIONS, LLC,<br><br>　　　　　　　　　　　　Defendants. | Case No.: |

### CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2

　　　　I hereby certify that the matter in controversy is not the subject of any other action pending in any court, arbitration, or administrative proceeding.

　　　　I certify that the foregoing statements made by me are true.

Dated: February 20, 2023

By: */s/ Bradford L. Geyer*
Bradford L. Geyer
FormerFedsGroup.Com
141 I Route 130 South, Suite 303
Cinnaminson, NJ 08007
Telephone: (888) 486-3337
Email: brad@formerfedsgroup.com

Robert E. Barnes, Esq.
*Subject to admission pro hac vice*
Lexis Anderson, Esq.
*Subject to admission pro hac vice*
BARNES LAW
700 South Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: (310) 510-6211
Facsimile: (310) 510-6225
Email: robertbarnes@barneslawllp.com
Email: lexisanderson@barneslawllp.com

Attorneys for Plaintiffs STEPHANIE MARRA, DONNA HOLLAND, TEOFESTA PUSILLO, LOURDES GARCIA, and KYLE NICHOLSON