# EXHIBIT A



| COVID-19 Vaccination Policy | |
|---|---|
| **Date:** 05/26/2021 | **Version:** 1.0 |
| **Function:**<br>People Practices | **Functional Owner:**<br>EVP Chief Administrative Officer |

## 1. Intent

1.1 With a focus on providing live in-person experiences, MSG Entertainment's priority is for all fans, guests, and employees to feel as safe as possible. The Centers for Disease Control and Prevention (CDC), along with numerous state and local agencies and public health officials, have advised that getting vaccinated is the best way to protect oneself and others from COVID-19. Based on this guidance, and to better ensure the well-being of our community, this policy details the COVID-19 vaccination requirements applicable to those who enter company premises.

## 2. Scope

2.1 All employees and contingent workers of Madison Square Garden Entertainment Corp. and its controlled subsidiaries with the exception of Tao Group and Boston Calling Events (cumulatively, "MSG Entertainment" or the "Company") are governed by this policy.

## 3. Principles & Requirements

3.1 Effective August 31, 2021, all employees and contingent workers entering any of the Company's work locations or venues, or the work locations of affiliates Madison Square Garden Sports Corp. ("MSG Sports") or MSGN Holdings, L.P. ("MSG Networks"), must be fully vaccinated against COVID-19. To be considered "fully vaccinated," either two weeks must have elapsed following an individual's receipt of the second dose of a two-dose vaccine series, or two weeks must have elapsed following an individual's receipt of a single-dose vaccination.

3.2 By July 12, 2021, all employees must have received either the only dose of a single-dose vaccination or at least the first dose of a two-dose vaccination series.

3.3 In accordance with applicable laws, the Company will review all requests for reasonable accommodations made by individuals who indicate that they are unable to receive a COVID-19 vaccination in connection with a medical condition, disability, or sincerely held religious belief. MSG Entertainment strictly prohibits retaliation against employees or other workers for requesting an accommodation in connection with this policy or applicable law.

3.4 Employees who do not provide satisfactory documentation reflecting receipt of at least one vaccine dose by July 12, 2021, or thereafter of their fully vaccinated status by August 31, 2021, and who are neither entitled to an accommodation or to protected leave under applicable laws, will be considered to have voluntarily separated from employment with MSG Entertainment as of those dates.

3.5 Employees who are considered to have voluntarily separated from employment with the Company in connection with this policy will be paid for all time worked through their final date of separation but will not be eligible for severance pay (unless required via a contractual agreement).

*This document is for internal business use only and may not be distributed externally except to authorized affiliated individuals or entities.*

**MADISON SQUARE GARDEN ENTERTAINMENT**

| COVID-19 Vaccination Policy ||
|---|---|
| Date: 05/26/2021 | Version: 1.0 |

### 4. Process

4.1  All employees who are fully vaccinated must submit proof of their vaccination status via the Company's confidential electronic employee portal as soon as practicable.  Employees who have received the first dose of a two-dose vaccination series but who will not receive their second dose by July 12, 2021 must similarly submit proof of their partially vaccinated status on or before that date.  Proof of vaccination should be submitted in the form of a photograph or scan of an official COVID-19 Vaccination Record card displaying the employee's name and date(s) of vaccination.  Employees should refrain from including any other medical or sensitive information with their submission.  All documentation collected via this process will be kept confidential and accessed only by those employees who have a legitimate business justification to do so.

The employee portal can be accessed at [https://msg.service-now.com/screenings?id=hp_home](https://msg.service-now.com/screenings?id=hp_home).

4.2  Individuals who are unable to receive a COVID-19 vaccination in connection with a medical condition, disability, or sincerely held religious belief are encouraged to promptly request an accommodation via a People Practices partner.  People Practices will engage in an interactive process to individually evaluate and respond to all such requests.  Employees may be required to provide information or documentation in support of their need for a reasonable accommodation as part of the interactive process.

### 5. Control Requirements

5.1  On an ongoing basis, designated members of People Practices will validate that employees and contingent workers governed by this policy have submitted adequate proof of vaccination.

5.2  This policy shall be substantively reviewed and updated no less than every year.

### 6. Roles and Responsibilities

6.1  Employee.  Submits evidence of COVID-19 vaccination via the Company's electronic portal.  If applicable, contacts People Practices to request an accommodation on the basis of a medical condition, disability, or sincerely held religious belief.

6.2  People Practices Partner.  Responds to employees' requests concerning accommodations and provides information regarding accommodation process. Engages in cooperative dialogues with employees concerning accommodation requests.

### 7. Definitions

Not applicable

### 8. Notices & Limitations

8.1  Nothing in this policy shall be construed as conferring any contractual right, either express or implied, to remain in MSG Entertainment's employ, or as placing any limitation on the Company's right to

*This document is for internal business use only and may not be distributed externally except to authorized affiliated individuals or entities.*



| | |
|---|---|
| COVID-19 Vaccination Policy | |
| Date: 05/26/2021 | Version: 1.0 |

      terminate the employment relationship at any time with or without prior notice in accordance with applicable law.

8.2    Nothing in this policy shall be construed as limiting or restricting employees from properly exercising any rights or entitlements under applicable federal, state, or local laws and regulations including, but not limited to, the Americans with Disabilities Act (ADA), the Family and Medical Leave Act (FMLA), and laws governing medical, sick, or other leave. To the extent anything in this policy may conflict with any applicable law, such law will control.

8.3    Depending upon the jurisdiction in which they work or live, certain employees may be entitled to paid time off or leave benefits in connection with obtaining COVID-19 vaccinations, dealing with vaccination side effects, or other circumstances related to COVID-19.

8.4    Violation of this policy may result in disciplinary action, including, without limitation, immediate termination of employment. Any activity observed which does not align with this intent must be reported to fraud@msg.com.

8.5    As with all policies, MSG Entertainment reserves the right to modify, revise, discontinue, or terminate this policy at any time with or without prior notice in accordance with applicable law.

**9.    Authoritative Sources**

    Not applicable.

**10.   Reference to Supporting Forms / Templates**

    Not applicable.

**11.   Reference to Related Policies**

    Not applicable.

*This document is for internal business use only and may not be distributed externally except to authorized affiliated individuals or entities.*



| COVID-19 Vaccination Policy ||
|---|---|
| Date: 05/26/2021 | Version: 1.0 |

**VERSION CONTROL**

| VERSION | REVISION DATE | RATIONALE |
|---|---|---|
| 1.0 | 05/26/2021 | Initial adoption of policy |
|  |  |  |
|  |  |  |

*This document is for internal business use only and may not be distributed externally except to authorized affiliated individuals or entities.*