# EXHIBIT B

# STEPHANIE MARRA
PO BOX 494
MANAHAWKIN, NJ 08050-0494
☎ 513•550•0787  ✉ MarraSLee@aol.com

May 31, 2021

Matthew D. Loeb, International President
IATSE General Office
207 W. 25th Street, 4th Floor
New York, NY 10001

RE: Forced Vaccination of Radio City Employees

Dear President Loeb,

Hello and how are you? My name is Stephanie Marra and I am a Member in good standing of IATSE Theatrical Wardrobe Union; Local 764.

Memorial Day is a very appropriate day to write this letter, since today is a special day designated to honor those who died to protect our freedom, civil liberties, and constitutional rights. As President of the International, bringing this monumental, precedent-setting issue directly to you seems more than appropriate. Especially since Employer-forced injections violate the Worker's freedom of choice, could compromise both the immediate and long-term health of the Worker, and provide for no immediate accountability or recourse concerning consequential harm or death to the Worker.

I would also like to go further as to speak to the principle of informed consent. Because these COVID-19 vaccinations have received Emergency Use Authorization only and have not been fully-approved by the FDA, they are still considered experimental. I would like to argue that these Employer-forced vaccination mandates violate the Nuremberg Code. Holding our livelihoods, health insurance, annuity contributions, pensions, and other Union benefits hostage, unless we the Workers submit to something against our own better judgment, is nothing short of coercion. In actuality, it smells like extortion.

I have been told that IATSE leadership would be responsible for negotiating implementation of any Employer-mandated vaccination policies and how those policies would affect the Workers. To be included in the negotiation process, I am requesting that the following important questions be addressed:

1. What if a Vaccine-hesitant Worker submits under duress to the Employer's vaccination mandate and is then harmed by the vaccine - Who is accountable? The Employer for forcing the experimental vaccines? Or the Union for allowing it?

2. What if these forced-vaccine policies are later determined to be illegal but *after* a Vaccine-hesitant Worker has already submitted under duress to the Employer's demand?

3. What if an Event-Driven Vaccine-hesitant Worker submits under duress to the Employer's vaccination mandate and is then not given an offer of work? Or is not given a continued offer of work? What are that Worker's damages?

4. And how do the above-listed situations apply to a Worker who submits while not under duress but indeed without informed consent?

5. And last but certainly not least, what if Vaccine-hesitant Workers, in the interest of good judgment in protecting both their rights and their health, refuse the Employer's vaccination demand? What are their damages and who would be held accountable?

As part of the negotiation process, I also request that the enclosed 'Form for Employees Whose Employers Are Requiring COVID-19 Injections' be completed and then signed by each Worker and the Employer in the interest of *protecting all Workers*. I ask that the Worker's IATSE Local's Business Representative provide the Witness signature.

These forced vaccination mandates may very well prove to be illegal and unenforceable in the coming months and years, especially but not solely because the vaccines are unlicensed and unapproved. What a travesty it would be to learn this after the fact, after a Worker had already been pushed into submission and may or may not have been injured by the vaccine. Vindication and being proven right would not replace someone's good health or their life.

It should be every Worker's and every other Individual's right to receive or not receive any bodily injection of any kind. I will not give any Employer that kind of power over my life. I would assume that IATSE would fight this battle with me, with us, since that's the whole point of labor unions. And I would expect even more so in this particular instance, since there is already evidence that these vaccines have caused harm and/or death to otherwise healthy individuals.

Everyone wants to start working again but not at any cost. There are other ways to re-open safely without violating Workers' rights and jeopardizing their health - look to New Jersey, look to Ohio, look to Florida, or look to the PHPA. It is my understanding that the NY Rangers, owned by Madison Square Garden Sports, have a choice regarding whether or not to receive the vaccine. The team is considered fully-vaccinated at 85%.

And speaking to the above-referenced 85%; at some point, herd immunity must become part of any formula. Millions of people have already contracted COVID-19. This data has to be taken into consideration. I remain convinced that I and many others at Radio City have already had COVID-19. And that, ironically, Radio City is where we caught it. Every year their antiquated ventilation system spreads any given airborne virus, contaminant, irritant, or allergen through that entire facility like wildfire. I had always managed to escape illness there until Friday, November 29, 2019.

IATSE has been working diligently to find ways to re-open the Entertainment Industry, and to find ways that would allow its Members to return to work safely. I'm asking the IATSE to work even harder in finding those ways to re-open safely, but without the undue influence and duress of forced vaccinations. I'm asking that the IATSE put the Worker before politics.

Thank you for your thoughtful consideration in this matter. I respectfully ask for a detailed response to this letter in its entirety.

Very truly yours,

*[signature]*

Stephanie Marra
Member, IATSE Theatrical Wardrobe Union; Local 764


enclosure:
'Form for Employees Whose Employers Are Requiring COVID-19 Injections'

cc with enclosure:
President, Patricia White - IATSE Theatrical Wardrobe Union; Local 764
Business Representative, Leah Okin - IATSE Theatrical Wardrobe Union; Local 764
President, James Claffey, Jr. – IATSE; Local 1