# EXHIBIT C

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 12/13/2022

**To:** Stephaine Marra
57 Myrtle Drive
Manahawkin, NJ 08050

Charge No: 16G-2022-02240

EEOC Representative and email:    Holly Shabazz
S/L Program Manager
HOLLY.SHABAZZ@EEOC.GOV

---

### DISMISSAL OF CHARGE

The EEOC is closing this charge because: Charging Party wishes to pursue matter in Federal District Court.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Timothy Riera
12/13/2022

Timothy Riera
Acting District Director

Cc:  **MSG Arena LLC**
     **Attn: Director of Human Resources**
     **1 Penn Plaza**
     **New York NY 10021**

Please retain this notice for your records.